United States Courts Southern
District of Texas
FILED

*March 8, 2023*

Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | Criminal No. **M-23-334** |
| MARLON ENRIQUE GALLEGOS-RAPALO | § § § | |

## SEALED INDICTMENT

**THE GRAND JURY CHARGES:**

### Count One

From on or about August 2021 to July 2022, in the Southern District of Texas and within the jurisdiction of the Court, defendants,

**MARLON ENRIQUE GALLEGOS-RAPALO**

knowing and in reckless disregard of the fact that individuals, who were aliens, had come to, entered and remained in the United States in violation of law, did knowingly and intentionally conspire and agree together with other persons known and unknown to the Grand Jurors to conceal, harbor, and shield from detection said aliens in any place, including any building or any means of transportation, to wit: in a residence located near McAllen, Texas.

In violation of Title 8, United States Code, Sections 1324(a)(1)(A)(v)(I), 1324(a)(1)(A)(iii), and 1324(a)(1)(B)(i).

### Count Two

On or about July 19, 2022, in the Southern District of Texas and within the jurisdiction of the Court, defendants,

## MARLON ENRIQUE GALLEGOS-RAPALO

knowing and in reckless disregard of the fact that Juan Carlos Vejarano-Torres was an alien who had come to, entered, and remained in the United States in violation of law, did knowingly conceal, harbor, and shield from detection and attempt to conceal, harbor, and shield from detection said alien in any place, including any building or any means of transportation, to wit: in a residence located near McAllen, Texas.

In violation of Title 8, United States Code, Sections 1324(a)(1)(A)(iii), 1324(a)(1)(A)(v)(II), and 1324(a)(1)(B)(ii).

A TRUE BILL

_____
FOREPERSON

ALAMDAR S. HAMDANI
UNITED STATES ATTORNEY

_____
ASSISTANT UNITED STATES ATTORNEY